IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM DAVID ABBOTT, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:14cv597-MHT |
| | ) | (WO) |
| CHRISTOPHER GORDY, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (doc. no. 27) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 26) is adopted.

(3) The petition for writ of habeas corpus (doc. no. 1) is denied.  All pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of January, 2017.

                         /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**